[Nos. 41083-4-II; 41086-9-II;   Division Two.   June 12, 2013.]
41093-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN LEE
BEDILION, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 07-1-00977-1, Brian M. Tollefson, J., entered
September 29, 2009. *Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Penoyar, J., and Van
Deren, J. Pro Tem.

[No. 42260-3-II.   Division Two.   June 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JARROD A.
AIRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 11-1-00118-3, Gordon Godfrey, J., en-
tered June 13, 2011. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 42423-1-II.   Division Two.   June 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DAVID
TAUSCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 10-1-00314-7, Nelson E. Hunt, J., entered July
26, 2011. *Affirmed* by unpublished opinion per Quinn-
Brintnall, J., concurred in by Penoyar, J., and Van Deren, J.
Pro Tem.

[No. 28327-5-III.   Division Three.   June 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RODOLFO RAMIREZ
TINAJERO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 07-1-01904-4, Michael E. Schwab, J., entered
July 6, 2009. *Affirmed* by unpublished opinion per Siddo-
way, J., concurred in by Korsmo, C.J., and Kulik, J.